69853. KEITH v. THE STATE.
(326 SE2d 826)

BANKE, Chief Judge.
Lee Roy Keith appeals his convictions of driving under the influence of alcohol and following too close. *Held*:

1. Keith's initial contention is that the trial court erred in admitting evidence that he refused to submit to a blood-alcohol test. "[T]he admission into evidence of a defendant's refusal to submit to [a blood-alcohol test] does not offend the right against self-incrimination." *South Dakota v. Neville*, 459 U. S. 553, 554 (103 SC 916, 74 LE2d 748) (1983). Where a defendant has been properly informed of his rights, his refusal to submit to the test is not the product of coercion; and such evidence is both relevant and admissible. Accord *Wessels v. State*, 169 Ga. App. 246 (312 SE2d 361) (1983).

2. Keith attacks his conviction of following too close on the ground that the statute (OCGA § 40-6-49) is unconstitutionally vague, indefinite and uncertain. However, this issue cannot be considered on

appeal because it was not raised in or passed on by the trial court. See *McDaniel v. Anderson*, 155 Ga. App. 942 (1) (274 SE2d 56) (1980); *Horton v. City of Macon*, 144 Ga. App. 380 (1) (241 SE2d 311) (1977); *Freeman v. City of Valdosta*, 119 Ga. App. 345 (167 SE2d 170) (1969).

*Judgment affirmed. McMurray, P. J., and Benham, J., concur.*

DECIDED FEBRUARY 11, 1985.

*Howard T. Scott*, for appellant.
*Ken Stula, Solicitor*, for appellee.